IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSIE WILLIAMS,

                                                         ORDER

                Plaintiff,

                                                  10-cv-021-bbc

    v.

C.O. STANIT, SGT. TRITT,
SGT. LENTZ, SGT. WALLER
and L.T. BAEMER,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Jessie Williams, a prisoner at the Waupun Correctional Institution in Waupun, Wisconsin, has submitted a proposed complaint. He requests leave to proceed <u>in forma pauperis</u>. A decision on the request will be delayed until plaintiff makes an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff's complaint was submitted on January 2, 2010. His trust fund account statement should cover the six-month period beginning approximately July 3, 2009 and ending approximately January 1, 2010. Once plaintiff has submitted the necessary

1

statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials so that they are aware they should send the required trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff may have until February 5, 2010, in which to submit a trust fund account statement for the period beginning approximately July 3, 2009 and ending approximately January 1, 2010. If, by February 5, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 14th day of January, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge