IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

    Plaintiff,

v.

C.O. STANIT, SGT. TRITT,
SGT. LENTZ, SGT. WALLER and
L.T. BAEMER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-21-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      3/10/10
Peter Oppeneer, Clerk of Court               Date